JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

IURII MAZUROV,

        Petitioner,

    v.

WARDEN OF THE DESERT VIEW ANNEX,

        Respondent.

No. 5:26-cv-02236-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 13), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One. Petitioner reports that he has been released from Respondents' custody. (ECF 14.) The Court therefore directs the Clerk of Court to close this case.

DATED: 05/13/2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE